# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2336
_____

DAVID L. NICKELSON,

    Appellant,

v.

KEITH R. HARRIS,

    Appellee.

_____

On appeal from the County Court for Jackson County.
Douglas Wade Mercer, Judge.

December 27, 2023

PER CURIAM.

    DISMISSED.

LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David L. Nickelson, pro se, Appellant.

No appearance for Appellee.